UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEVERNIER CONSTRUCTION, INC., a Washington corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation,<br><br>    Defendant/Third-Party Plaintiff,<br><br>    v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>    Third-Party Defendant. | NO:  10-CV-0367-TOR<br><br>ORDER GRANTING STIPULATION TO STRIKE MOTION FOR SUMMARY JUDGMENT AND EXTENDING SCHEDULING DATES |

BEFORE THE COURT is the parties' Stipulation to Remove Motion for Summary Judgment of Levernier Construction, Inc. from Calendar and to Extend Discovery Dates. ECF No. 50.  The Court has reviewed the stipulation and for good cause shown,

ORDER GRANTING STIPULATION TO STRIKE MOTION FOR SUMMARY JUDGMENT AND EXTENDING SCHEDULING DATES ~ 1

**HEREBY ORDERS:**

1. The Parties' Stipulated Motion, ECF No. 50, is **GRANTED**.

2. Levernier's Motion for Summary Judgment, filed August 9, 2012, ECF No. 38, is **STRICKEN**, with leave to renew.

3. The deadline for Levernier to identify its experts is extended to September 25, 2012; the deadline for LSIC to identify its experts is extended to October 25, 2012; and the deadline for Levernier to identify rebuttal experts is extended to November 8, 2012.

4. The discovery cut-off in this action is extended to December 21, 2012; and the deadline for dispositive and Daubert motions is extended to January 4, 2012.

5. The parties are cautioned that these dates and the dates set forth in the Scheduling Order, ECF No. 19, are subject to further revision when third-party defendant Continental Western Insurance Company appears herein.

The District Court Executive is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 6th day of September, 2012.

*s/ Thomas O. Rice*

THOMAS O. RICE
United States District Judge