UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEVERNIER CONSTRUCTION INC, a Washington corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION, a foreign insurance company,<br><br>　　Defendant/Third-Party Plaintiff,<br>　　v.<br><br>CONTINENTAL WESTERN INSURANCE COMPANY,<br><br>　　　　Third-Party Defendant. | NO:  10-CV-0367-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss (ECF No. 61).  The parties have agreed that Plaintiff Levernier's Complaint against LSIC be dismissed with prejudice; that Defendant/Third-Party Plaintiff LSIC's Third-Party Complaint against Continental be dismissed with prejudice; that Third-

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 Party Defendant Continental's Counterclaims against LSIC be dismissed with

2 prejudice; and that each party bear their own costs and attorneys' fees. Pursuant to

3 the parties' stipulation, the Court will dismiss this case with prejudice and without

4 costs or attorney's fees to any party.  Fed. R. Civ. P. 41(a)(1)(A)(ii) and (c).

5 **ACCORDINGLY, IT IS HEREBY ORDERED**:

6     Pursuant to the parties' Stipulated Motion to Dismiss (ECF No. 61), all

7 claims and causes of action in this matter are **DISMISSED** with prejudice and

8 without costs or fees to any party.  Any pending motions, deadlines, hearings and

9 trial are **VACATED** as moot.

10     The District Court Executive is hereby directed to enter this Order, furnish

11 copies to counsel, and **CLOSE** the file.

12     **DATED** September 20, 2013.



            THOMAS O. RICE
         United States District Judge